IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES M. GIBSON,
DARLENE EARLY,

    Plaintiffs,                  No. CIV S-04-2348 DFL DAD PS

  vs.

GEORGE W. BUSH,
JOHN KERRY,

    Defendants.              ORDER
_____/

        Plaintiffs, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On December 14, 2004, the magistrate judge filed findings and recommendations herein which were served on plaintiffs and which contained notice to plaintiffs that any objections to the findings and recommendations were to be filed within ten days. On January 26, 2005, the findings and recommendations were re-served on both plaintiffs at their last known address. Plaintiff Charles Gibson filed objections to the findings and recommendations on January 3, 2005. No objections were filed by plaintiff Darlene Early.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case and has considered plaintiff's

1

1  objections.  Having carefully reviewed the entire file, the court finds the findings and
2  recommendations to be supported by the record and by proper analysis.  The court has
3  determined that there is no need to modify the findings and recommendations based on the points
4  raised in plaintiff's objections.
5  　　　　　　　Accordingly, IT IS HEREBY ORDERED that:
6  　　　　　　　1. The findings and recommendations filed December 14, 2004, are adopted in
7  full; and
8  　　　　　　　2. Plaintiffs' complaint is dismissed with prejudice for lack of subject matter
9  jurisdiction.
10 DATED: 6/10/2005

_____
DAVID F. LEVI
United States District Judge

2